TOGUT, SEGAL & SEGAL LLP
Proposed Attorneys for Albert Togut, Not Individually
But Solely in His Capacity as Chapter 7 Interim Trustee
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
              In the Matter        :      Chapter 7
:      Case No. 20-12534-SCC
                  -of-                :
:
WMCH 25 Holdings, LLC,            :
:
                        Debtor.    :
:
------------------------------------------------------------ X

**AFFIDAVIT OF SERVICE OF NOTICE OF PRESENTMENT OF PROPOSED
ORDER AND APPLICATION AUTHORIZING CHAPTER 7 INTERIM TRUSTEE
TO RETAIN TOGUT, SEGAL & SEGAL LLP AS HIS ATTORNEYS**

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF NEW YORK )

        KRISTA RICCIARDI, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in New York, New York.

        On November 3, 2020, deponent served a copy of the *Notice of Proposed Order Authorizing Chapter 7 Trustee to Retain Togut, Segal & Segal LLP as his Attorneys*, together with the application, proposed order and underlying exhibits upon the parties forth on the service list annexed hereto by electronic mail.

                                                */s/ Krista Ricciardi*
                                                KRISTA RICCIARDI

Sworn to before me this
4th day of November 2020

*/s/ Neil Berger*
     NOTARY PUBLIC

**S<span style="font-variant:small-caps">ervice</span> L<span style="font-variant:small-caps">ist</span>**

Andrew Velez-Rivera, Esq. (andy.velez-rivera@usdoj.gov)
Office of the United States Trustee

Michael Conway, Esq. (michael.conway@offitkurman.com)