**EXHIBIT 5**

**FINRA Report**



**BrokerCheck Report**

# WESTWOOD CAPITAL, LLC

CRD# 39551

| Section Title | Page(s) |
| --- | --- |
| Report Summary | 1 |
| Firm Profile | 2 - 5 |
| Firm History | 6 |
| Firm Operations | 7 - 12 |
| Disclosure Events | 13 |



**About BrokerCheck®**

BrokerCheck offers information on all current, and many former, registered securities brokers, and all current and former registered securities firms. FINRA strongly encourages investors to use BrokerCheck to check the background of securities brokers and brokerage firms before deciding to conduct, or continue to conduct, business with them.

· **What is included in a BrokerCheck report?**
·     BrokerCheck reports for individual brokers include information such as employment history, professional qualifications, disciplinary actions, criminal convictions, civil judgments and arbitration awards. BrokerCheck reports for brokerage firms include information on a firm's profile, history, and operations, as well as many of the same disclosure events mentioned above.
·     Please note that the information contained in a BrokerCheck report may include pending actions or allegations that may be contested, unresolved or unproven. In the end, these actions or allegations may be resolved in favor of the broker or brokerage firm, or concluded through a negotiated settlement with no admission or finding of wrongdoing.
· **Where did this information come from?**
·     The information contained in BrokerCheck comes from FINRA's Central Registration Depository, or CRD® and is a combination of:
    o   information FINRA and/or the Securities and Exchange Commission (SEC) require brokers and brokerage firms to submit as part of the registration and licensing process, and
    o   information that regulators report regarding disciplinary actions or allegations against firms or brokers.
· **How current is this information?**
·     Generally, active brokerage firms and brokers are required to update their professional and disciplinary information in CRD within 30 days. Under most circumstances, information reported by brokerage firms, brokers and regulators is available in BrokerCheck the next business day.
· **What if I want to check the background of an investment adviser firm or investment adviser representative?**
·     To check the background of an investment adviser firm or representative, you can search for the firm or individual in BrokerCheck. If your search is successful, click on the link provided to view the available licensing and registration information in the SEC's Investment Adviser Public Disclosure (IAPD) website at https://www.adviserinfo.sec.gov. In the alternative, you may search the IAPD website directly or contact your state securities regulator at http://www.finra.org/Investors/ToolsCalculators/BrokerCheck/P455414.
· **Are there other resources I can use to check the background of investment professionals?**
·     FINRA recommends that you learn as much as possible about an investment professional before deciding to work with them. Your state securities regulator can help you research brokers and investment adviser representatives doing business in your state.
·
**Thank you for using FINRA BrokerCheck.**



Using this site/information means that you accept the FINRA BrokerCheck Terms and Conditions. A complete list of Terms and Conditions can be found at

brokercheck.finra.org

For additional information about the contents of this report, please refer to the User Guidance or www.finra.org/brokercheck. It provides a glossary of terms and a list of frequently asked questions, as well as additional resources. For more information about FINRA, visit www.finra.org.



## WESTWOOD CAPITAL, LLC

CRD# 39551

SEC# 8-48745

### Main Office Location

489 FIFTH AVE.
33RD FLOOR
NEW YORK, NY 10017
Regulated by FINRA New York Office

### Mailing Address

489 FIFTH AVE.
33RD FLOOR
NEW YORK, NY 10017

### Business Telephone Number

(212) 867-3200

# Report Summary for this Firm

This report summary provides an overview of the brokerage firm. Additional information for this firm can be found in the detailed report.

## Firm Profile

This firm is classified as a limited liability company.

This firm was formed in Delaware on 05/19/1995.

Its fiscal year ends in December.

## Firm History

Information relating to the brokerage firm's history such as other business names and successions (e.g., mergers, acquisitions) can be found in the detailed report.

## Firm Operations

This firm is registered with:

- the SEC
- 1 Self-Regulatory Organization
- 6 U.S. states and territories

Is this brokerage firm currently suspended with any regulator?  **No**

This firm conducts 2 types of businesses.

This firm is not affiliated with any financial or investment institutions.

This firm does not have referral or financial arrangements with other brokers or dealers.

## Disclosure Events

Brokerage firms are required to disclose certain criminal matters, regulatory actions, civil judicial proceedings and financial matters in which the firm or one of its control affiliates has been involved.

Are there events disclosed about this firm?  **Yes**

**The following types of disclosures have been reported:**

| Type | Count |
|------|-------|
| Regulatory Event | 1 |

# Firm Profile



This firm is classified as a limited liability company.

This firm was formed in Delaware on 05/19/1995.

Its fiscal year ends in December.

## Firm Names and Locations

This section provides the brokerage firm's full legal name, "Doing Business As" name, business and mailing addresses, telephone number, and any alternate name by which the firm conducts business and where such name is used.

**WESTWOOD CAPITAL, LLC**

**Doing business as WESTWOOD CAPITAL, LLC**

**CRD#** 39551

**SEC#** 8-48745

### Main Office Location

489 FIFTH AVE.
33RD FLOOR
NEW YORK, NY  10017
**Regulated by FINRA New York Office**

### Mailing Address

489 FIFTH AVE.
33RD FLOOR
NEW YORK, NY  10017

### Business Telephone Number

(212) 867-3200



# Firm Profile

This section provides information relating to all direct owners and executive officers of the brokerage firm.

## Direct Owners and Executive Officers

| | |
|---|---|
| **Legal Name & CRD# (if any):** | QUARTER CENTURY HOLDINGS, LLC |
| **Is this a domestic or foreign entity or an individual?** | Domestic Entity |
| **Position** | OWNER |
| **Position Start Date** | 02/2020 |
| **Percentage of Ownership** | 75% or more |
| **Does this owner direct the management or policies of the firm?** | Yes |
| **Is this a public reporting company?** | No |

| | |
|---|---|
| **Legal Name & CRD# (if any):** | ALPERT, DANIEL |
| | 1098745 |
| **Is this a domestic or foreign entity or an individual?** | Individual |
| **Position** | MANAGING DIRECTOR |
| **Position Start Date** | 01/1995 |
| **Percentage of Ownership** | Less than 5% |
| **Does this owner direct the management or policies of the firm?** | Yes |
| **Is this a public reporting company?** | No |

| | |
|---|---|
| **Legal Name & CRD# (if any):** | KER, ROBERT WALKER |
| | 1761545 |
| **Is this a domestic or foreign entity or an individual?** | Individual |
| **Position** | GENERAL SECURITIES PRINCIPAL |
| **Position Start Date** | 07/2014 |

**Firm Profile**



## Direct Owners and Executive Officers (continued)

| | |
|---|---|
| **Percentage of Ownership** | Less than 5% |
| **Does this owner direct the management or policies of the firm?** | No |
| **Is this a public reporting company?** | No |

| | |
|---|---|
| **Legal Name & CRD# (if any):** | MESSERSMITH, JON DAVID |
| | 2131709 |
| **Is this a domestic or foreign entity or an individual?** | Individual |
| **Position** | CCO/FINOP/PRINCIPAL FINANCIAL OFFICER/PRINCIPAL OPERATIONS OFFICER |
| **Position Start Date** | 01/2008 |
| **Percentage of Ownership** | Less than 5% |
| **Does this owner direct the management or policies of the firm?** | Yes |
| **Is this a public reporting company?** | No |



## Firm Profile

This section provides information relating to any indirect owners of the brokerage firm.

### Indirect Owners

| | |
|---|---|
| **Legal Name & CRD# (if any):** | ALPERT, DANIEL |
| | 1098745 |
| **Is this a domestic or foreign entity or an individual?** | Individual |
| **Company through which indirect ownership is established** | QUARTER CENTURY HOLDINGS, LLC |
| **Relationship to Direct Owner** | MEMBER |
| **Relationship Established** | 02/2020 |
| **Percentage of Ownership** | 25% but less than 50% |
| **Does this owner direct the management or policies of the firm?** | Yes |
| **Is this a public reporting company?** | No |

## Firm History

This section provides information relating to any successions (e.g., mergers, acquisitions) involving the firm.

No information reported.



## Firm Operations

### Registrations

This section provides information about the regulators (Securities and Exchange Commission (SEC), self-regulatory organizations (SROs), and U.S. states and territories) with which the brokerage firm is currently registered and licensed, the date the license became effective, and certain information about the firm's SEC registration.

**This firm is currently registered with the SEC, 1 SRO and 6 U.S. states and territories.**

| Federal Regulator | Status | Date Effective |
|---|---|---|
| SEC | Approved | 11/15/1996 |

### SEC Registration Questions

This firm is registered with the SEC as:

A broker-dealer:     Yes

A broker-dealer and government securities broker or dealer:    No

A government securities broker or dealer only:     No

This firm has ceased activity as a government securities broker or dealer:    No

| Self-Regulatory Organization | Status | Date Effective |
|---|---|---|
| FINRA | Approved | 11/15/1996 |



## Firm Operations

### Registrations (continued)

| U.S. States & Territories | Status | Date Effective |
|---|---|---|
| Arizona | Approved | 11/20/2015 |
| California | Approved | 03/16/2015 |
| Connecticut | Approved | 03/07/2019 |
| New York | Approved | 05/01/1996 |
| Ohio | Approved | 05/13/2015 |
| Pennsylvania | Approved | 03/16/2015 |



# Firm Operations

## Types of Business

This section provides the types of business, including non-securities business, the brokerage firm is engaged in or expects to be engaged in.

**This firm currently conducts 2 types of businesses.**

**Types of Business**

Private placements of securities

Other - WESTWOOD CAPITAL LLC IS ENGAGED IN INVESTMENT BANKING ACTIVITIES.

**Other Types of Business**

This firm does not effect transactions in commodities, commodity futures, or commodity options.
This firm does not engage in other non-securities business.

Non-Securities Business Description:



# Firm Operations

## Clearing Arrangements

**This firm does not hold or maintain funds or securities or provide clearing services for other broker-dealer(s).**

## Introducing Arrangements

**This firm does not refer or introduce customers to other brokers and dealers.**

# Firm Operations

## Industry Arrangements



**This firm does not have books or records maintained by a third party.**

**This firm does not have accounts, funds, or securities maintained by a third party.**

**This firm does not have customer accounts, funds, or securities maintained by a third party.**

**Control Persons/Financing**
**This firm does not have individuals who control its management or policies through agreement.**

**This firm does not have individuals who wholly or partly finance the firm's business.**



# Firm Operations

## Organization Affiliates

This section provides information on control relationships the firm has with other firms in the securities, investment advisory, or banking business.

**This firm is not, directly or indirectly:**

·  **in control of**
·  **controlled by**
·  **or under common control with**
**the following partnerships, corporations, or other organizations engaged in the securities or investment advisory business.**

**This firm is not directly or indirectly, controlled by the following:**

·  **bank holding company**
·  **national bank**
·  **state member bank of the Federal Reserve System**
·  **state non-member bank**
·  **savings bank or association**
·  **credit union**
·  **or foreign bank**



## Disclosure Events

All firms registered to sell securities or provide investment advice are required to disclose regulatory actions, criminal or civil judicial proceedings, and certain financial matters in which the firm or one of its control affiliates has been involved. For your convenience, below is a matrix of the number and status of disclosure events involving this brokerage firm or one of its control affiliates. Further information regarding these events can be found in the subsequent pages of this report.

|  | Pending | Final | On Appeal |
|---|---|---|---|
| Regulatory Event | 0 | 1 | 0 |



## Disclosure Event Details

**What you should know about reported disclosure events:**

1. **BrokerCheck provides details for any disclosure event that was reported in CRD. It also includes summary information regarding FINRA arbitration awards in cases where the brokerage firm was named as a respondent.**
2. **Certain thresholds must be met before an event is reported to CRD, for example:**
   - A law enforcement agency must file formal charges before a brokerage firm is required to disclose a particular criminal event.
3. **Disclosure events in BrokerCheck reports come from different sources:**
   - Disclosure events for this brokerage firm were reported by the firm and/or regulators. When the firm and a regulator report information for the same event, both versions of the event will appear in the BrokerCheck report. The different versions will be separated by a solid line with the reporting source labeled.
4. **There are different statuses and dispositions for disclosure events:**
   - A disclosure event may have a status of *pending, on appeal,* or *final.*
     - § A "pending" event involves allegations that have not been proven or formally adjudicated.
     - § An event that is "on appeal" involves allegations that have been adjudicated but are currently being appealed.
     - § A "final" event has been concluded and its resolution is not subject to change.
   - A final event generally has a disposition of *adjudicated, settled* or *otherwise resolved.*
     - § An "adjudicated" matter includes a disposition by (1) a court of law in a criminal or civil matter, or (2) an administrative panel in an action brought by a regulator that is contested by the party charged with some alleged wrongdoing.
     - § A "settled" matter generally involves an agreement by the parties to resolve the matter. Please note that firms may choose to settle customer disputes or regulatory matters for business or other reasons.
     - § A "resolved" matter usually involves no payment to the customer and no finding of wrongdoing on the part of the individual broker. Such matters generally involve customer disputes.
5. **You may wish to contact the brokerage firm to obtain further information regarding any of the disclosure events contained in this BrokerCheck report.**

### Regulatory - Final

This type of disclosure event involves (1) a final, formal proceeding initiated by a regulatory authority (e.g., a state securities agency, self-regulatory organization, federal regulator such as the U.S. Securities and Exchange Commission, foreign financial regulatory body) for a violation of investment-related rules or regulations; or (2) a revocation or suspension of the authority of a brokerage firm or its control affiliate to act as an attorney, accountant or federal contractor.

### Disclosure 1 of 1

| Reporting Source: | Regulator |
|---|---|
| Current Status: | Final |



**Allegations:** NASD RULE 1120(A) - RESPONDENT MEMBER PERMITTED REGISTERED REPRESENTATIVES TO ACT IN CAPACITIES REQUIRING REGISTRATION WHILE THEIR NASD REGISTRATIONS WERE INACTIVE DUE TO FAILURE TO COMPLETE IN A TIMELY MANNER THE REGULATORY ELEMENT OF THE CONTINUING EDUCATION REQUIREMENT.

**Initiated By:** NASD

**Date Initiated:** 06/16/2005

**Docket/Case Number:** C10050052

**Principal Product Type:** No Product

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:**

**Other Sanction(s)/Relief Sought:**

**Resolution:** Acceptance, Waiver & Consent(AWC)

**Resolution Date:** 06/16/2005

**Does the order constitute a final order based on violations of any laws or regulations that prohibit fraudulent, manipulative, or deceptive conduct?** No

**Sanctions Ordered:** Censure
Monetary/Fine $8,500.00

**Other Sanctions Ordered:**

**Sanction Details:** WITHOUT ADMITTING OR DENYING THE ALLEGATIONS, WESTWOOD CAPITAL LLC., CONSENTED TO THE DESCRIBED SANCTIONS AND TO THE ENTRY OF FINDINGS, THEREFORE THE FIRM IS CENSURED AND FINED $8,500.

**Reporting Source:** Firm

**Current Status:** Final

**Allegations:** DURING THE PERIODS OF JULY 2001 TO MAY 2004, THE RESPONDENT VIOLATED NASD MEMEMBERSHIP AND REGISTRATION RULE 1120(A) BY PERMITTING THE INDIVIDUALS LISTED ON AWC, EACH OF WHO IS A REGISTERED PERSON W/NASD, TO ENGAGE IN ACTIVITIES REQUIRING



REGISTRATION EVEN THOUGH THE INDIVIDUALS' NASD REGISTRATIONS WERE INACTIVE DUE TO THEIR FAILURE TO TIMELY COMPLETE THE REGULATORY ELEMENT OF NASD'S CE RULE.

**Initiated By:** NATIONAL ASSOCIATION OF SECURITIES DEALER

**Date Initiated:** 06/09/2005

**Docket/Case Number:** C10050052

**Principal Product Type:** No Product
**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:** Civil and Administrative Penalt(ies) /Fine(s)

**Other Sanction(s)/Relief Sought:** AS WELL AS CENSURE.

**Resolution:** Acceptance, Waiver & Consent(AWC)

**Resolution Date:** 06/16/2005

**Sanctions Ordered:** Censure
Monetary/Fine $8,500.00

**Other Sanctions Ordered:** NO OTHER SANCTIONS WERE ORDERED.

**Sanction Details:** THE RESPONDENT ALSO CONCEDED TO THE IMPOSITION, AT A MAXIMUM, OF THE FOLLOWING SANCTIONS:
1. A FINE IN THE AMOUNT OF $8,500.00; AND
2. A CENSURE.

**Firm Statement** THE RESPONDENT ACCEPTED AND CONCEDED WITHOUT ADMITTING OR DENYING THE ALLEGATIONS OR FINDINGS, AND SOLELY FOR THE PURPOSES OF THIS PROCEEDING AND ANY OTHER PROCEEDING BROUGHT BY OR ON BEHALF OF NASD, OR TO WHICH NASD IS A PARTY, PRIOR TO A HEARING AND W/OUT AN ADJUNCTION OF ANY ISSUE OF LAW OR FACT, TO THE ENTRY OF THE FINDINGS BY THE NASD.


**This page is intentionally left blank.**