**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>WMCH 25 HOLDINGS, LLC<br>dba Westwood Capital Holdings, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 20-12534-scc<br><br>**CERTIFICATE OF SERVICE** |

     I, Jeffrey Chubak, certify under penalty of perjury, that on November 10, 2020, I filed the **Application of Leonard Blum for Rule 2004 Examination of the Debtor, Quarter Century Holdings LLC, Westwood Capital, LLC, Daniel Alpert, Paul Tanico, Ellen Adams and Keiki-Michael Cabanos**, and the notice of presentment prefixed and exhibits annexed thereto, with the Court, and served a copy of the same on Debtor, the Chapter 7 Trustee, Quarter Century Holdings LLC, Westwood Capital, LLC, Daniel Alpert, Paul Tanico, Ellen Adams and Keiki-Michael Cabanos and the Office of the United States Trustee, at the addresses and via the methods indicated on the annexed Schedule.

Dated: New York, New York
       November 10, 2020

                                                            /s/ Jeffrey Chubak

# SCHEDULE

**By CM/ECF**

*Debtor*

Michael T. Conway michael.conway@offitkurman.com

*Chapter 7 Trustee*

Neil M. Berger neilberger@teamtogut.com

**By First Class Mail**

*U.S. Trustee*

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, New York 10014

*Quarter Century; Westwood Capital; Daniel Alpert*

Quarter Century Holdings LLC
c/o Westwood Capital, LLC
Attn: Daniel Alpert
489 Fifth Avenue, 33rd Floor
New York, New York 10017

*Paul Tanico; Ellen Adams; Keiki-Michael Cabanos*

Westwood Capital, LLC
Attn: Paul Tanico, Ellen Adams and Keiki-Michael Cabanos
489 Fifth Avenue, 33rd Floor
New York, New York 10017