**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>WMCH 25 HOLDINGS, LLC<br>dba Westwood Capital Holdings, LLC,<br><br>　　　　　　　Debtor. | Chapter 7<br><br>Case No. 20-12534-scc |

*AMENDED* **ORDER GRANTING APPLICATION FOR RULE 2004 EXAMINATION OF THE DEBTOR, QUARTER CENTURY HOLDINGS LLC, WESTWOOD CAPITAL, LLC, DANIEL ALPERT, PAUL TANICO, ELLEN ADAMS AND KEIKI-MICHAEL CABANOS**

Upon the application of Creditor Leonard Blum ("Blum") for an Order directing the Debtor to produce all non-privileged documents in its possession, custody or control responsive to the requests for production set forth in Exhibit 1 to the application ("Requests for Production"), and authorizing him to serve Rule 2004 subpoenas on Westwood Capital, LLC ("Westwood Capital"), Quarter Century Holdings LLC ("Quarter Century"), Daniel Alpert ("Alpert"), Paul Tanico ("Tanico"), Ellen Adams ("Adams") and Keiki-Michael Cabanos ("Cabanos"), substantially in the forms annexed to the application as Exhibits 2-4; and due and proper notice of the application having been given, and it appearing that no other or further notice is necessary; and it appearing that good cause exists for the requested discovery; now, therefore, it is hereby ORDERED:

　　　1.　The application is granted as set forth herein.

　　　2.　The Debtor shall produce true copies of all non-privileged documents responsive to the Requests for Production no later than 20 days following entry hereof. The Debtor shall deliver such documents to Blum's counsel, Amini LLC, 131 West 35th Street, 12th Floor, New York, New York 10001, Attn: Jeffrey Chubak. If the Debtor withholds or redacts any responsive document on the basis of the attorney-client privilege or work product doctrine, the Debtor shall, in accordance with Rule 26(b)(5), provide a privilege log for any document(s) withheld or redacted together with the production of documents directed hereby.

3. Copies of all documents produced to Blum and/or his counsel pursuant to this Order shall be made available to the Chapter 7 Trustee of the Debtor ("Trustee").

4. Blum is authorized to serve Rule 2004 subpoenas on Westwood Capital, Quarter Century, Alpert, Tanico, Adams and Cabanos, substantially in the forms annexed to the application as Exhibits 2-4. Service of any such subpoena may be made by personal delivery or overnight mail to c/o Westwood Capital, 489 Fifth Avenue, 33rd Floor, New York, New York 10017.

5. This Order is without prejudice to the rights of the Blum or any other party in interest to seek further or additional discovery, pursuant to Rule 2004, from the persons identified herein or from any other person, and the Trustee may, but is not required to, attend and participate during any examination conducted pursuant to this Order..

6. The Court shall retain exclusive jurisdiction to resolve any and all issues arising from or related to this Order, or the discovery authorized hereby.

Dated: New York, New York
November 17, 2020

/S/ Shelley C. Chapman
Honorable Shelley C. Chapman
United States Bankruptcy Judge