UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                      :

In re:                                  :        Chapter 7
                                      :        Case No. 20-12534 (SCC)
                                      :

WMCH 25 HOLDINGS, LLC,        :
d/b/a Westwood Capital Holdings, LLC,  :
                                      :
                        Debtor.        :
                                      :
---------------------------------------------------------------x

## ORDER APPROVING TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

Albert Togut, not individually but solely in his capacity as the Chapter 7 Trustee (the "Trustee") of the above-captioned Debtor, having filed his Final Report dated January 28, 2022 (the "Final Report"), which included the Trustee's request for commissions in the amount of $15,996 [Docket No. 44]; and first and final applications for compensation and reimbursement of expenses having been filed by (the "Applications"): Togut, Segal & Segal LLP, counsel for the Trustee, for a first and final allowance of compensation of $86,047.50 and reimbursements of expenses in the amount of $753.42 [Docket No. 44-4], and by Plotzker & Agarwal CPAs, LLC, accountants for the Trustee, for a first and final allowance of compensation of $8,645.50 and reimbursements of expenses in the amount of $239.14 [Docket No. 44-5]; and the United States Trustee having no objection to the Final Report and the Applications; and notice of the Final Report and Applications having been given to all known creditors and other parties-in-interest [Docket No. 46]; and no objections to the Final Report and Applications being interposed; and the Trustee having filed a Certificate of No Objection regarding the Final Report and the Applications [Docket No. 47]; and upon all of the prior proceedings had herein; and sufficient cause appearing therefore, and the relief prayed for appearing reasonable and proper;

and good and sufficient notice of the Final Report and Application having been given and no further notice being required, it is

**ORDERED**, that the Trustee's Final Report and the Applications be, and they hereby are, approved and granted, and that fees, expenses and commissions are awarded to the extent set forth in Schedule "A" and "B" annexed hereto; and it is further

**ORDERED**, that the Trustee be, and he hereby is, authorized and directed to pay the amounts fixed and awarded hereby without further Order of the Court; and it is further

**ORDERED**, that the Trustee be, and he hereby is, authorized to abandon and dispose of all books and records of the Debtor in his possession.

DATED: New York, New York
           March 23, 2022

                                              /S/ Shelley C. Chapman
                                              HONORABLE SHELLEY C. CHAPMAN
                                              UNITED STATES BANKRUPTCY JUDGE

**NO OBJECTION**:

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE
By:


*/s/ Andrew Velez-Rivera*
ANDREW VELEZ-RIVERA, ESQ.
TRIAL ATTORNEY

CASE NUMBER: 20-12534 (SCC)  CURRENT INTERIM FEE PERIOD  Schedule A
CASE NAME: WMCH 25 HOLDINGS, LLC  (October 29, 2020 through January 31, 2022)

| (1) Applicant | (2) Date/Document No. of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Albert Togut, Chapter 7 Trustee | 10/5/2021 [Dkt. No. 44] | $15,996.00 | $15,996.00 | $15,996.00 | N/A | $15,996.00 | N/A | N/A |
| Togut, Segal & Segal LLP Attorneys for the Trustee | 10/5/2021 [Dkt. No.44-4] | $86,047.50 | $86,047.50 | $86,047.50 | N/A | $86,047.50 | $753.42 | $753.42 |
| Plotzker & Agarwal, CPAs, LLC Accountants for the Trustee | 10/5/2021 [Dkt. No.44-5] | $8,645.50 | $8,645.50 | $8,645.50 | N/A | $8,645.50 | $239.14 | $239.14 |

DATE ON WHICH ORDER WAS SIGNED: 3/23/22     INITIALS: <u>SCC</u> USBJ

Case No.: 20-12534 (SCC)  **FINAL FEE APPLICATION TOTALS**  Schedule B
Case Name: WMCH 25 HOLDINGS, LLC  (October 29, 2020 through January 31, 2022)

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees to be Paid | (4) Total Expenses Requested | (5) Total Expenses to be Paid |
|---|---|---|---|---|
| Albert Togut, Ch. 7 Trustee<br>One Penn Plaza<br>NY, NY 10119 | $15,996.00 | $15,996.00 | N/A | N/A |
| Togut Segal & Segal LLP<br>Attorneys for the Trustee<br>One Penn Plaza<br>NY, NY 10119 | $86,047.50 | $86,047.50 | $753.42 | $753.42 |
| Plotzker & Agarwal, CPAs, LLC<br>Accountants for the Trustee<br>59 East 54th Street<br>New York, NY 10022 | $8,645.50 | $8,645.50 | $239.14 | $239.14 |

DATE ON WHICH ORDER WAS SIGNED: 3/23/22        INITIALS: <u>SCC</u> USBJ