TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger

*Attorneys for the Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
: 
In the Matter : Chapter 7
: Case No. 20-12534 (SCC)
-of- :
:
WMCH 25 Holdings, LLC, :
:
Debtor. :
:
---------------------------------------------------------------- X

# NOTICE OF PROPOSED FINAL DISTRIBUTION

**PLEASE TAKE NOTICE**, that Albert Togut, not individually but solely in his capacity as Chapter 7 Trustee of the above-captioned debtor, intends to make a first and final distribution from the above-captioned estate pursuant to the Trustee's Final Report and Account that was approved by an Order of the Bankruptcy Court dated March 23, 2022 [Dkt. No. 48]. The Trustee's Proposed Distribution Report is annexed hereto.

Dated: New York, New York
March 23, 2022

ALBERT TOGUT, Not Individually but Solely in
His Capacity as Chapter 7 Trustee,
By His Attorneys,
TOGUT, SEGAL & SEGAL LLP
By:

*/s/ Neil Berger*
NEIL BERGER
A Member of the Firm
One Penn Plaza
New York, New York 10119
(212) 594-5000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                                :

In re:                                          :        Chapter 7
                                                   :        Case No. 20-12534 (SCC)
                                                   :
WMCH 25 HOLDINGS, LLC,                  :
d/b/a Westwood Capital Holdings, LLC,   :
                                                 :
                                 Debtor.     :
                                                 :
---------------------------------------------------------------x

**ORDER APPROVING TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

       Albert Togut, not individually but solely in his capacity as the Chapter 7 Trustee (the "Trustee") of the above-captioned Debtor, having filed his Final Report dated January 28, 2022 (the "Final Report"), which included the Trustee's request for commissions in the amount of $15,996 [Docket No. 44]; and first and final applications for compensation and reimbursement of expenses having been filed by (the "Applications"): Togut, Segal & Segal LLP, counsel for the Trustee, for a first and final allowance of compensation of $86,047.50 and reimbursements of expenses in the amount of $753.42 [Docket No. 44-4], and by Plotzker & Agarwal CPAs, LLC, accountants for the Trustee, for a first and final allowance of compensation of $8,645.50 and reimbursements of expenses in the amount of $239.14 [Docket No. 44-5]; and the United States Trustee having no objection to the Final Report and the Applications; and notice of the Final Report and Applications having been given to all known creditors and other parties-in-interest [Docket No. 46]; and no objections to the Final Report and Applications being interposed; and the Trustee having filed a Certificate of No Objection regarding the Final Report and the Applications [Docket No. 47]; and upon all of the prior proceedings had herein; and sufficient cause appearing therefore, and the relief prayed for appearing reasonable and proper;

and good and sufficient notice of the Final Report and Application having been given and no further notice being required, it is

      **ORDERED**, that the Trustee's Final Report and the Applications be, and they hereby are, approved and granted, and that fees, expenses and commissions are awarded to the extent set forth in Schedule "A" and "B" annexed hereto; and it is further

      **ORDERED**, that the Trustee be, and he hereby is, authorized and directed to pay the amounts fixed and awarded hereby without further Order of the Court; and it is further

      **ORDERED**, that the Trustee be, and he hereby is, authorized to abandon and dispose of all books and records of the Debtor in his possession.

DATED:  New York, New York  
             March 23, 2022

                                  /S/ Shelley C. Chapman  
                                  HONORABLE SHELLEY C. CHAPMAN  
                                  UNITED STATES BANKRUPTCY JUDGE

**NO OBJECTION**:

WILLIAM K. HARRINGTON  
UNITED STATES TRUSTEE  
By:

*/s/ Andrew Velez-Rivera*  
ANDREW VELEZ-RIVERA, ESQ.  
TRIAL ATTORNEY

CASE NUMBER: 20-12534 (SCC)  
CASE NAME: WMCH 25 HOLDINGS, LLC

CURRENT INTERIM FEE PERIOD  
(October 29, 2020 through January 31, 2022)

Schedule A

| (1) Applicant | (2) Date/Document No. of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Albert Togut, Chapter 7 Trustee | 10/5/2021 [Dkt. No. 44] | $15,996.00 | $15,996.00 | $15,996.00 | N/A | $15,996.00 | N/A | N/A |
| Togut, Segal & Segal LLP Attorneys for the Trustee | 10/5/2021 [Dkt. No.44-4] | $86,047.50 | $86,047.50 | $86,047.50 | N/A | $86,047.50 | $753.42 | $753.42 |
| Plotzker & Agarwal, CPAs, LLC Accountants for the Trustee | 10/5/2021 [Dkt. No.44-5] | $8,645.50 | $8,645.50 | $8,645.50 | N/A | $8,645.50 | $239.14 | $239.14 |

DATE ON WHICH ORDER WAS SIGNED: 3/23/22          INITIALS: <u>SCC</u> USBJ

Case No.: 20-12534 (SCC)  **FINAL FEE APPLICATION TOTALS**  Schedule B
Case Name: WMCH 25 HOLDINGS, LLC  (October 29, 2020 through January 31, 2022)

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees to be Paid | (4) Total Expenses Requested | (5) Total Expenses to be Paid |
|---|---|---|---|---|
| Albert Togut, Ch. 7 Trustee One Penn Plaza NY, NY 10119 | $15,996.00 | $15,996.00 | N/A | N/A |
| Togut Segal & Segal LLP Attorneys for the Trustee One Penn Plaza NY, NY 10119 | $86,047.50 | $86,047.50 | $753.42 | $753.42 |
| Plotzker & Agarwal, CPAs, LLC Accountants for the Trustee 59 East 54th Street New York, NY 10022 | $8,645.50 | $8,645.50 | $239.14 | $239.14 |

DATE ON WHICH ORDER WAS SIGNED: 3/23/22            INITIALS: <u>SCC</u> USBJ

# PROPOSED DISTRIBUTION

Case Number: 20-12534    SCC  
Debtor Name: WMCH 25 HOLDINGS, LLC

Page 1

Date: March 23, 2022

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $253,920.25 |
| | Albert Togut, Trustee COMPENSATION | Admin | | $15,996.00 | $0.00 | $15,996.00 | $15,996.00 | $237,924.25 |
| | Albert Togut, Trustee EXPENSES | Admin | | $0.00 | $0.00 | $0.00 | $0.00 | $237,924.25 |
| | PLOTZKER & AGARWAL CPAs, LLC | Admin | 001 | $8,884.64 | $0.00 | $8,884.64 | $8,884.64 | $229,039.61 |
| | TOGUT, SEGAL & SEGAL LLP | Admin | 001 | $86,800.92 | $0.00 | $86,800.92 | $86,800.92 | $142,238.69 |
| BOND | INTERNATIONAL SURETIES, LTD. | Admin | 999 | $1.86 | $1.86 | $0.00 | $0.00 | $142,238.69 |
| | LEONARD BLUM | Unsec | 070 | $569,512.92 | $0.00 | $569,512.92 | $142,238.69 | $0.00 |
| << Totals >> | | | | $681,196.34 | $1.86 | $681,194.48 | $253,920.25 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.